UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE A. HENRY )<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>JOANNE J. BARNHART, 　　　　)<br>　Commissioner of 　　　　　　　)<br>　Social Security 　　　　　　　)<br>　　　　　　　Defendant. 　　　)<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿） | CIVIL NO.   06CV 2266 WQH (AJB)<br><br>ORDER GRANTING MOTION FOR<br>LEAVE TO SERVE PROCESS OUTSIDE<br>OF THE 120 PERIOD (Doc. # 9) |

　　　On August 30, 2007, this Court issued an Order to Show Cause with respect to service of process. (Doc. # 5). On September 18, 2007, Plaintiff responded to the Order to Show Cause by filing a declaration of good cause as to why service had not been effectuated within 120 days. (Doc. # 8).

　　　After reviewing Plaintiff's declaration, the Court concludes that Plaintiff has shown good cause for failing to serve within 120 days. Accordingly, it is hereby ordered that:

　　　1.　Plaintiff motion for leave to serve process of the Complaint and Summons upon Defendant outside of the 120 day period (Doc. # 9) is GRANTED; and

　　　2.　Defendant shall respond to the Complaint within the time provided by the applicable provisions of Fed. R. Civ. P. 12 (a) and 42 U.S.C. Section 1997 e (g).

　　　Pursuant to Docket Entry # 3, this case remains referred to Magistrate Judge Anthony J. Battaglia. (Doc. # 3)

　　　**IT IS SO ORDERED**.

DATED: September 28, 2007

　　　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge